

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

**Date:** January 20, 2016

**To:** The Honorable Robert J. Conrad, Jr.
United States District Court Judge

**From:** Christopher R. Barber
U. S. Probation Officer

**Subject:** Edi Contreras
Docket Number: 3:15CR-00231-RJC
Request to Travel to the Dominican Republic

---

This is in reference to the above-named offender, convicted on 3/14/08 of Conspiracy to Distribute and Possess With Intent to Distribute Heroin, in violation of 21 U.S.C. 841(b)(1)C. He was sentenced to a term of 46 months imprisonment followed by 3 years of supervised release with the following Special Conditions: 1) The defendant shall pay a $100.00 Special Assessment Fee and 2) The defendant shall participate in an outpatient/inpatient drug treatment or detoxification approved by the Probation Department. The defendant shall pay the cost of such treatment/detoxification to the degree he is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

The defendant was born in the Dominican Republic. He moved to the United States on 11/30/94 and later became a naturalized citizen (Naturalization Certificate #: 25180608) on 6/16/2000. His parents remain in the Dominican Republic.

The defendant has requested to travel to the Dominican Republic from 1/29/16 to 2/6/16 to visit his parents, Orlando and Carmen Contreras who are elderly and in poor health. If permitted to travel, he will stay at his parent's residence located at Calle 1RA, #5 Reparto Perello, Santiago, Dominican Republic. The defendant has been fully compliant during the term of supervision and it is respectfully recommended that he be allowed to travel.

Thank you for your attention in this matter, and should Your Honor have any questions, please me at 704-350-7654.

{ x } Permission to Travel Approved

{ } Permission to Travel Denied

{ } Other

Signed: January 20, 2016

Robert J. Conrad, Jr.
United States District Judge